## GENERAL ASSOCIATION BRANCH DAVIDIAN SEVENTH DAY ADVENTIST

v.

## AXTEL INDEPENDENT SCHOOL DISTRICT et al.

### No. C–6892.

Supreme Court of Texas.

Oct. 28, 1987.

The direct appeal is dismissed for want of jurisdiction.

## Byron BARBER

v.

## PEOPLES SAVINGS & LOAN ASSOCIATION et al.

### No. C–6665.

Supreme Court of Texas.

Nov. 4, 1987.

Joint motion of the parties filed herein on October 27, 1987 in this cause having been duly considered, it is ordered that the joint motion be, and hereby is, granted.

Order of the Court of October 7, 1987 granting the petitioner's application for writ of error is withdrawn and the application for writ of error is dismissed by agreement.

## Jerry EDDLEMAN

v.

## FIRST NATIONAL BANK OF STINNETT.

### No. C–6641.

Supreme Court of Texas.

Nov. 10, 1987.

Rehearing Denied Feb. 3, 1988.

Pursuant to Rule 133(b), Texas Rules of Appellate Procedure, after granting the application for writ of error and without hearing oral argument, the court reverses the judgment of the court of appeals and remands the cause to the trial court.

Order Issued.